Form T13

| Case Number | United States Bankruptcy Court |
| --- | --- |
| 09–14113 AJ 13 | Northern District of California (Santa Rosa) |

**Order Discharging Trustee and Final Decree**

| In re: | Gregorio Fernando Arrieta and Bertha Villa De Arrieta | SSN/Tax ID | Address of Debtor(s) |
| --- | --- | --- | --- |
| | aka  Gregorio Bustos | xxx–xx–9794<br>xxx–xx–9791 | Gregorio Fernando Arrieta<br>691 Costa Drive<br>Napa, CA 94558<br><br>Bertha Villa De Arrieta<br>691 Costa Drive<br>Napa, CA 94558 |

The plan of the debtor(s) having been fully performed, and the estate of the above–named debtor(s) having been fully administered, it is ordered as follows:

1. David Burchard, Chapter 13 Standing Trustee is discharged as trustee after having fully performed his duties; and his bond is canceled.

2. This chapter 13 case is closed.

| 99 South "E" Street<br>Santa Rosa, CA 95404 | By the Court:<br><br>Alan Jaroslovsky<br>_____<br>United States Bankruptcy Judge     **Date:** 11/20/13 |
| --- | --- |